USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CHRISTINE GESWALDO and RACHEL GESWALDO,

        Plaintiffs,

- against -

MARK S. GOTTLIEB, CPA, and MARK S. GOTTLIEB, PC,

        Defendants.

23-CV-1335 (VM)

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    Plaintiffs are hereby directed to submit within five (5) days a status report of this action and whether they contemplate further litigation. The Court also hereby gives notice that unless Plaintiffs provide good cause, the case will be dismissed without prejudice for failure to prosecute and failure to serve defendants within 90 days after the complaint is filed, pursuant to FRCP 4(m).

**SO ORDERED.**

Dated:    7 June, 2023
           New York, New York

                                    Victor Marrero
                                    U.S.D.J.