```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE GESWALDO and RACHEL GESWALDO,

        Plaintiffs,

- against -

MARK S. GOTTLIEB, CPA, and MARK S. GOTTLIEB, PC,

        Defendants.

23-CV-1335 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    On June 7, 2023, the Court directed Plaintiffs to submit a status report on this action within five (5) days. (See Dkt. No. 6.) The Court notified Plaintiffs that absent the provision of good cause for their failure to serve Defendants within 90 days of the filing of the Complaint, as required by Federal Rule of Civil Procedure 4(m), the Court would dismiss the case for failure to prosecute. (See id.) The Court has received no response from Plaintiffs to date. Accordingly, it is hereby ORDERED that this action is dismissed without prejudice. The Clerk of Court is hereby respectfully directed to close this case.

**SO ORDERED.**

Dated:    13 June, 2023
            New York, New York

                                              Victor Marrero
                                              U.S.D.J.